## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.20-cr-224-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KOLE DOUGLAS MILNER,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about September 11, 2019, in the State and District of Colorado, the defendant, KOLE DOUGLAS MILNER, did knowingly and intentionally possess with intent to distribute psilocybin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation described in Count 1, alleging a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), the defendant, KOLE

DOUGLAS MILNER, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including but not limited to: a money judgment in the amount of the proceeds obtained by the defendant.

      3.    If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;

    b)    has been transferred or sold to, or deposited with, a third party;

    c)    has been placed beyond the jurisdiction of the Court;

    d)    has been substantially diminished in value; or

    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

. . .

. . .

. . .

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

JASON R. DUNN
United States Attorney


*s/ Conor A. Flanigan*
CONOR A. FLANIGAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:            (303) 454-0405
E-mail:       conor.flanigan@usdoj.gov