| | |
|---|---|
| DEFENDANT: | **KOLE DOUGLAS MILNER** |
| YOB: | 1991 |
| COMPLAINT FILED? | ____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER _____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ Yes   __X__ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | **Count 1: 21 U.S.C. § 841(a)(1), (b)(1)(C)**<br>Possession with Intent to Distribute a Controlled Substance (Psilocybin) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | **Count 1: 21 U.S.C. § 841(a)(1), (b)(1)(C)**<br>NMT 20 years imprisonment, NMT $1,000,000 fine, or both; NLT 3 years supervised release; and $100 Special Assessment fee. |
| AGENT: | Special Agent Samuel D. Glynn<br>Drug Enforcement Administration |
| AUTHORIZED BY: | Conor A. Flanigan<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT:

 X  will **not** seek detention in this case.

The statutory presumption of detention **is** applicable to this defendant.