AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
STATE OF COLORADO

| | |
|---|---|
| United States of America<br>v.<br>**KOLE MILNER**<br>_Defendant_ | ) ) Case No. 20-cr-224-RBJ<br>) )<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/14/20

_Kole Milner_
Defendant's signature

_#36348_
Signature of defendant's attorney

_Jaime Cowan_
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title