| | |
|---|---|
| **From:** | Heath Milner <heath@milnerautomotive.com> |
| **Sent:** | Monday, October 12, 2020 3:26 PM |
| **To:** | jcdefense@gmail.com |
| **Subject:** | Heath Milner's Character Reference for Kole Milner |

## My Brother

    I've always looked up to Kole through out my entire childhood and even to this day. He has always been a positive influence in my life and a strong role model with the way he carries himself. During our childhood we were essentially attached at the hip as I was interested in pretty much anything he was interested in whether that be skateboarding, playing sports, gymnastics or playing video games. When our parents divorced it was pretty hard on me especially with all of the moving around and Kole was always there for me if I needed someone to talk to. Kole is someone I feel like I can talk to about anything whether that be struggles with my life or just to have a friendly conversation. He has a strong mind and I believe he can do anything he sets his mind to.

    Kole is someone everyone wants to be around, he's always positive, energetic, very smart and an overall great person. I can always count on Kole to put a smile on my face and I look forward to every occasion we get to spend time with each other. He also has an amazing work ethic and has been an asset to every company he has worked for as he goes above and beyond with what is put in front of him. I love Kole and I wish nothing but the best for him and I'm confident he will live a very positive and productive life as he is one of the most intelligent people I know.

Sent from Mail for Windows 10