**From:** Angela Sanchez-Busby <angelajorgelina@me.com>
**Sent:** Wednesday, October 14, 2020 1:09 PM
**To:** Jcdefense@gmail.com
**Subject:** Kole Milner

To whom it might concern,

My name is Angela Sanchez-Busby. I met Kole Milner a few years ago working in the cannabis industry.
He has always been a person with integrity and good values. He had great relationships with coworkers and management. He seems to be a person with self discipline and ready to add up to the community in different ways. Nature and animal lover. Always eager to learn and develop new skills.
I got close to Kole for his kindness and his helpful personality towards me. He is an intelligent and interesting person, I enjoy talking to him very much. I believe in him and would love to see him thrive in life.


Angela Sanchez-Busby

Sent from my iPhone

1