To whom this may concern, I Vincent Mace Sorise am writing this letter on behalf of Kole Milner. I have known Kole since 2015 when I first moved to colorado. When I first met Kole he was very active with the parkour community and actually was teaching parkour to kids. We became good friends and in 2016 and when I was having a rough time Kole was there as a sincere friend, and always helped me when he could. When I moved back to colorado in 2017 Kole helped me move into my new place. Kole lived with my girlfriend and I in 2020 for about 4 months before he moved home and during that time kole was respectful to us and our home and always paid rent on time. During that time I did not see him do any drugs, I believe Everyone makes mistakes and Kole made a mistake and it seems to me as though he is learning from it. I have nothing but respect for him and I hope this can help in some way.

Sincerely,

Vincent Mace Sorise. 10/05/2020