**From:** Ray and Deb Myers <themyerscouple@gmail.com>
**Sent:** Sunday, October 11, 2020 1:29 PM
**To:** jcdefense@gmail.com
**Subject:** Re: Your Client Kole Milner

To Whom It May Concern:

I am writing on behalf of my son, Kole Milner, and since I know him so well, I'd like to say a few things about him as a person.

Kole has always been a highly intelligent and warm person. He has many friends and he's one of those, "know one's a stranger", kind of people.

The adult Kole has a strong work ethic where, a lot of the time, he has more than one job because he "wants to get ahead". As of now, he has moved to the Kansas City, Missouri area, due to the current uncertainties in our country and is working full time with his father and younger brother in a new family business venture in the automotive arena.

Kole isn't married and has no children yet, but he is a devoted "dog dad" to his beloved Parker, who he has trained to be a fine and well behaved pet.

Kole is a person who hasn't always had an easy childhood. He struggled with A.D.D. and as a stay-at-home parent, I was able to help him have success at school and even home-schooled him for several years in elementary school. He was raised in a Christian home and attended church regularly. All this to say, he had a solid, loving and supportive background then and still does to this day.

Kole has a calm and positive attitude towards life. He always looks forward to achieving personal goals. He spends a lot of his free time with family. He is often the one his three siblings turn to for advice and his own brand of comic wisdom.

He is loved mightily by his father, siblings and all extended family members and friends. I love him the most though, as his mom. He has a flame that must not be extinguished. He does understand that

1

his choices were not right. He has corrected this.

Kole is still a very young man who has many good things to contribute to this world. He is excited for his future and we look forward to proudly witnessing his accomplishments.

Kole deserves to continue his "reset" and move forward.

Thank you very much!

Deborah Myers
Mother of Kole Milner