IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00224-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **KOLE DOUGLAS MILNER,**

    Defendant.

## GOVERNMENT'S MOTION FOR ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)

The United States of America (the "Government"), by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Conor A. Flanigan, Assistant United States Attorney, and pursuant to § 3E1.1(b) of the United States Sentencing Guidelines (USSG), moves the Court for an order at sentencing, and as a condition thereof, granting the Defendant Kole Douglas Milner (the "Defendant") an additional one-level decrease in the offense level for acceptance of responsibility.  The Defendant's timely notification of his intention to enter a plea of guilty in this matter permitted the Government to avoid preparing for trial, and allowed both the Government and the Court to allocate their resources more efficiently.

Respectfully submitted this 19th day of January, 2021.

                    JASON R. DUNN
                    United States Attorney

By:   *s/Conor A. Flanigan*
      CONOR A. FLANIGAN
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0405
      E-mail: conor.flanigan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of January, 2021, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Jaime N. Cowan, Esq.
Email: jcdefense@gmail.com
Attorney for Defendant Kole Douglas Milner

<u>*s/Maggie Grenvik*</u>
Maggie Grenvik
Legal Assistant